# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 6, 2016

### NO. 03-15-00736-CV

**Edcouch-Elsa Independent School District and
Mike Morath, Commissioner of Education, Appellants**

**v.**

**Minerva Gonzalez, Appellee**

## APPEAL FROM THE 200TH DISTRICT COURT OF TRAVIS COUNTY
## BEFORE CHIEF JUSTICE ROSE, JUSTICES GOODWIN AND BOURLAND
## DISMISSED ON JOINT MOTION -- OPINION BY JUSTICE BOURLAND

This is an appeal from the judgment signed by the trial court on August 25, 2015. The parties have filed a joint motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. Each party shall bear their own costs relating to this appeal, both in this Court and in the court below.